■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL FELICIANO, Appellant. [55 NYS3d 200]—

Judgment, Supreme Court, New York County (Tandra L. Dawson, J.), rendered May 12, 2015, as amended June 15, 2015, convicting defendant, upon his plea of guilty, of aggravated family offense and criminal contempt in the second degree, and sentencing him to an aggregate term of one to three years, unanimously modified, as a matter of discretion in the interest of justice, to the extent of vacating the order of protection and remanding the matter for a new determination of the duration of the order, and otherwise affirmed.

The indictment, which charged defendant with aggravated family offense under Penal Law § 240.75 (1) and criminal contempt in the second degree under Penal Law § 215.50 (3), was not jurisdictionally defective. The indictment gave defendant fair notice of the charges against him (*see generally People v Cohen*, 52 NY2d 584, 586 [1981]), including that the aggravated family offense charge was based on defendant's commission of second-degree criminal contempt.

We perceive no basis for reducing the sentence.

As the People concede, the expiration date of the order of protection is erroneous because it was calculated without tak-

ing jail time credit into account (*see People v Jackson*, 121 AD3d 434 [1st Dept 2014]). Concur—Friedman, J.P., Moskowitz, Feinman, Gische and Kahn, JJ.